## Commonwealth *v.* Bethea, Appellant.

Argued June 21, 1971. *Daniel H. Shertzer,* with him *Edward F. Browne, Jr.,* for appellant; *Henry J. Rutherford,* First Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bezanis, Appellant.

Submitted June 15, 1971. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.